UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0646

J. Michael McMahon
Clerk
USDC, ED OF CALIFORNIA

Date:  01/27/2010

In Re:  MUNICIPAL DERIVATIVES LITIGATION

MDL   1950

Your Docket #
09-2155

S.D. OF N.Y.
10 CV 628

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge MARRERO for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J. Michael McMahon


By: PHYLLIS ADAMIK
MDL Unit
(212) 805-0646

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION**

MDL No. 1950

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-10)**

On June 16, 2008, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 560 F.Supp.2d 1386 (J.P.M.L. 2008). Since that time, 13 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Victor Marrero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Marrero.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 16, 2008, and, with the consent of that court, assigned to the Honorable Victor Marrero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 27, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION                                          MDL No. 1950

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2    09-9069             Los Angeles World Airports v. Bank of America, N.A., et al.

CALIFORNIA EASTERN
  CAE  1    09-2155             County of Tulare v. Bank of America, N.A., et al.
  CAE  2    09-3433             Sacramento Suburban Water District v. Bank of America, N.A., et al.
  CAE  2    09-3437             Redevelopment Agency of the City of Stockton, et al. v. Bank of America, N.A., et al.