**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721**

Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007

RE:      COUNTY OF TULARE vs. BANK OF AMERICA, N.A.
USDC No.:    1:09−CV−02155−OWW−DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 12, 2010 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 14.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

         Very truly yours,

**February 3, 2010**     /s/ **O. Figueroa**

         Deputy Clerk

RECEIVED BY:

         Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: